| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | RACHEL W. HILL, Bar # 151522 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California  93721-2226 |
| | Telephone: (559) 487-5561 |

Attorney for Defendant
JOSE ANTONIO VARGAS-RAMIREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:08-cr-00399 LJO |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS |
| | ) | CONFERENCE HEARING; |
| v. | ) | ORDER |
| | ) | |
| JOSE ANTONIO VARGAS-RAMIREZ, | ) | Date:  February 27, 2009 |
| | ) | Time:  9:00 A.M. |
| Defendant. | ) | Dept :  Hon. Lawrence J. O'Neill |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above-referenced action now scheduled for January 30, 2008, **may be continued to February 27, 2009, at 9:00 A.M.**

This continuance is requested to allow additional time for preparation of a Presentence Investigation Report by the U. S. Probation Office, who just received the forms necessary to institute investigation and preparation of a report, and the parties will need sufficient time to review the report prior to the hearing.  The requested continuance will conserve time and resources for all parties and the court.

///
///
///
///
///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2  justice, including but not limited to, the need for the period of time set forth herein for further defense
3  preparation pursuant to 18 U.S.C. §§3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

LAWRENCE G. BROWN
Acting United States Attorney

DATED: January 27, 2009          /s/ Ian L. Garriques
IAN L. GARRIQUES
Assistant United States Attorney
Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender


DATED: January 27, 2009          /s/ Rachel W. Hill
RACHEL W. HILL
Assistant Federal Defender
Attorney for Defendant
JOSE ANTONIO VARGAS-RAMIREZ


**O R D E R**

**Good Cause exists to continue the matter, as requested pursuant to the stipulation.**  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   January 27, 2009**          /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE